IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTHONY ASPAAS,

    Plaintiff,

v.       No. CV 21-500 CG/LF

XAVIER BECERRA,

    Defendant.

### ORDER GRANTING UNOPPOSED MOTION TO EXCEED PAGE LIMITS

**THIS MATTER** is before the Court on Defendant's *Motion for Extension of Page Limits for Defendant's Motion for Summary Judgment* (the "Motion"), (Doc. 21), filed July 15, 2022. In the Motion, Defendant requests the Court permit him to exceed the page limit in his *Motion for Summary Judgment*, (Doc. 22), by nine pages. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant may exceed the page limit for his *Motion for Summary Judgment*, (Doc. 22), by nine (9) pages.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE